UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-22019-CIV-UNGARO

ALEXANDRA CORONADO et al.,

    Plaintiffs,

v.

MIAMI-DADE COUNTY,

    Defendant.

_____/

### ORDER ON MOTIONS FOR STAY AND EXTENSION OF TIME

THIS CAUSE is before the Court upon the parties' Joint Motions to Stay Proceedings on Plaintiffs' Motion for Temporary Restraining Order and Motion for Preliminary Injunction and for Extension of Time for Defendant to File Responses to Complaint and Motions, filed on July 24, 2008 (D.E. 6).

THE COURT has considered the Motions and the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED AND ADJUDGED that the Motions (D.E. 6) are GRANTED.  All proceedings on the Motion for Temporary Restraining Order and Motion for Preliminary Injunction are stayed until Friday, August 1, 2008.  The parties SHALL notify the Court on or before August 1, 2008, whether the issues in the pending motions have been resolved.  During this period, the time for Defendant to file its responses to the Complaint and to Plaintiffs' Motions shall be tolled and Defendant's responses shall be filed on or before Monday, August 18, 2008.

DONE AND ORDERED in Chambers, Miami, Florida, this 24th day of July, 2008.

_/s/ Ursula Ungaro_
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record