UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-22019-CIV-UNGARO

ALEXANDRA CORONADO et al.,

    Plaintiffs,

v.

MIAMI-DADE COUNTY,

    Defendant.
_____/

## OMNIBUS ORDER

THIS CAUSE is before the Court upon the parties' Joint Stipulation and Request to Withdraw Motion for Temporary Restraining Order, Motion to Continue Scheduling Conference and Motion for Preliminary Injunction and for Extension of Time to File Responsive Pleadings, filed on August 8, 2008 (D.E. 10).

THE COURT has considered the Stipulation, the Motion, and the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED AND ADJUDGED that the Stipulation (D.E. 10) is APPROVED and the Motion for Temporary Injunction and Preliminary Injunction (D.E. 2) is DENIED AS MOOT.  It is further

ORDERED AND ADJUDGED that Motion (D.E. 10) is GRANTED.  The Initial Planning and Scheduling Conference in this case is reset for September 26, 2008, at 10:30 a.m.  The parties SHALL file their Joint Planning and Scheduling Report on or before September 19, 2008, and Defendant SHALL file its responsive pleading on or before September 19, 2008.

DONE AND ORDERED in Chambers, Miami, Florida, this 11th day of August, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record